## U.S. DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | 17-CR-00215-CRC-GMH-2 |
| v. | : | |
| **AIMEE OCCHETTI** | : | |

## LINE ENTERING APPEARANCE

Please enter the appearance for Nikki Lotze, and the law firm LOTZE MOSLEY, LLP for defendant Aimee Occhetti.

.

Respectfully submitted,

*Nikki Lotze*
Nikki Lotze, #447-881
LOTZE MOSLEY, LLP
400 7TH Street, N.W.
Suite 202
Washington, DC  20004
(202) 393-0535
(202) 393-0336

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing praecipe has been electronically delivered to the United States Attorney for the District of Columbia.

*Nikki Lotze*